# United States Court of Appeals
## For the Eighth Circuit

_____

No. 17-1376

_____

Deverick Scott

*Plaintiff - Appellant*

v.

Randy Watson, Warden, Varner Super Max; Wendy Kelley, Director, Arkansas Department of Correction (originally named as Ray Hobbs); Grant Harris, Asst Director, Arkansas Department of Correction; Raymond Naylor, Disciplinary Hearing Administrator, ADC; Moses Jackson, Asst Warden, Varner Super Max (originally named as M. Jackson); Wardell Brooks, Correctional Officer, Varner Super Max (originally named as Brooks); Everett G. Litzsey, Jr., Sergeant, East Regional Unit; James Plummer, Lt. Varner Super Max (originally named as Plumer)

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Pine Bluff

_____

Submitted: November 24, 2017
Filed: December 6, 2017
[Unpublished]

_____

Before GRUENDER, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Deverick Scott appeals after the district court[1] adversely granted summary judgment in his 42 U.S.C. § 1983 action.

After careful *de novo* review, *see LaCross v. City of Duluth*, 713 F.3d 1155, 1157 (8th Cir. 2013) (reviewing the district court's grant of summary judgment based on qualified immunity *de novo*), we conclude that the district court properly granted summary judgment in favor of the defendants for the reasons stated by the district court. Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

_____

[1]The Honorable D.P. Marshall Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Patricia S. Harris, United States Magistrate Judge for the Eastern District of Arkansas.